Argued and submitted February 22, affirmed June 16, petition for review denied October 10, 2021 (368 Or 637)

Brandon JONES,
*Plaintiff-Appellant,*

*v.*

PROGRESSIVE UNIVERSAL
INSURANCE COMPANY,
a Wisconsin corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
19CV25382; A173839

488 P3d 833

David F. Rees, Judge.

Willard E. Merkel argued the cause for appellant. Also on the briefs was Merkel & Associates.

James B. Rich argued the cause for respondent. Also on the brief was Harris, Wyatt & Amala, LLC.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *McClain v. Safeco Ins. Co.*, 284 Or App 410, 392 P3d 829, *rev den*, 361 Or 645 (2017); *Kelley v. State Farm Mutual Automobile Ins. Co.*, 276 Or App 553, 368 P3d 58 (2016), *rev den*, 362 Or 38 (2017).